[No. 6882–6–II. Division Two. June 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY
PAYTON GRASSER, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 8189, Milton R. Cox, J., entered September

23, 1982. *Dismissed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.